# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL DELOACH, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| OFFICER T. J. WALDRON, | : | CIVIL ACTION NO. |
| MARIETTA POLICE DEPT., | : | 1:09-CV-0765-RWS |
| Defendants. | : | |

## ORDER

Plaintiff, Michael DeLoach, currently confined in the Cobb County Adult Detention Center in Marietta, Georgia, has submitted a "notice to amend relief" that was filed as a civil rights complaint. Plaintiff complains regarding excessive force, injuries, and lack of adequate medical care, all pertaining to the use of a taser devise by a Cobb County official. (Doc. No. 1.) Plaintiff currently has pending in this Court a removed civil rights action that involves the same set of circumstances. See DeLoach v. Marietta Police Dept., No. 1:09-CV-0650-RWS (N.D. Ga. filed March 9, 2009).

This Court now finds that it would "avoid unnecessary cost and delay" to consolidate the instant action with that action pursuant to Federal Rule of Civil Procedure 42(a). "Rule 42(a) should be used to expedite trial and eliminate

unnecessary repetition and confusion. A motion to consolidate is not required; the court may invoke Rule 42(a) sua sponte." Miller v. United States Postal Serv., 729 F.2d 1033, 1036 (5th Cir. 1984) (citing Gentry v. Smith, 487 F.2d 571, 581 (5th Cir.1973)). In this manner, state officials need not defend against multiple, similar suits and Plaintiff need not incur the added financial burden of making periodic payments out of his inmate account to cover the cost of an additional filing fee.

Accordingly, this Court hereby **DIRECTS** the Clerk of this Court to **ADMINISTRATIVELY CLOSE** the instant action and file the pleadings as amendment or motions, as appropriate, in DeLoach, No. 1:09-CV-0650-RWS.

**IT IS SO ORDERED**, this  8th  day of April, 2009.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)